HAUTENEN (HENRY), Administrator, Appellant, vs. DEWEY and others, Respondents.

For the appellant: *Kadwit & Lepp* of Kenosha.

For the respondents: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.

WISCONSIN BROTHERHOOD OF THRESHERMEN INSURANCE COMPANY, Appellant, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellant: *Duffy, Duffy & Hanson,* attorneys, and *Edward T. O'Neill* of counsel, all of Fond du Lac.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent John J. Purcell: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

*March 3, 1936.*

RELL, Respondent, vs. FOGARTY and another, Appellants.

For the appellants: *Genrich & Genrich,* attorneys, and *Miles Lambert* of counsel, all of Wausau.

For the respondent: *Leonard F. Schmitt* of Merrill.

*By the Court.*—Judgment affirmed.